UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. Judge No. 04M-1032-JGD |
| ) | |
| SAAD ECHOUAFNI, ) | |
| a/k/a JAY R. ECHOUAFNI ) | |
| Defendant ) | |

### AFFIDAVIT IN SUPPORT OF ARREST

I, FBI Special Agent Timothy Russell, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Saad Echouafni, a/k/a Jay R. Echouafni, on a complaint filed in the Central District of California charging the defendant with conspiracy (18 U.S.C. § 371) and damaging a protected computer system (18 U.S.C. § 1030(a)(5)(A)(1) and (2)) and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Timothy Russell
Special Agent
FBI

Subscribed and sworn to before me this 15th day of March 2004.

_____
Judith G. Dein
United States Magistrate Judge