AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

### APPEARANCE

Case Number: 04M-1032-JGD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Jay R. Echouafni for initial appearance and pre-trial detention/release hearing.

Date: 3/12/04

Signature

Print Name: Martin H. Green

Address: 860 Worcester Road

City: Framingham   State: MA   Zip Code: 01702

Phone Number: (508) 879-2000