UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAG. NO. 04M1032 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JAY R. ECHOUAFNI, a/k/a | ) | |

MOTION TO AMEND PRE-TRIAL RELEASE ORDER

Defendant, JAY R. ECHOUAFNI, a/k/a Saad Echouafni, moves this Honorable Court to modify its March 19, 2004 Pre-Trial Release Order by entering an Order:

1. That the passports of the Defendant's wife, Imane Echouafni, and his children, Adam, Sabrina and Zachary, be returned to them forthwith by Pre-trial Services; and

2. That the Defendant's said wife and children may travel freely within and outside of the United States of America.

By his attorney,

/s/ Martin Green
MARTIN H. GREEN, (BBO 209100)
860 Worcester Road
Framingham, MA 01702
Tel. No. (508) 879-2000

Dated: June 29, 2004

ASSENTED TO:


/s/ Adam Bookbinder
ADAM J. BOOKBINDER
Assistant U.S. Attorney